In re BLANCHITE CO., Limited. (Circuit Court of Appeals, Second Circuit. November 16, 1908.) No. 64. Petition to Review Order of the District Court of the United States for the Southern District of New York. P. O. W. Smith and Kendall & Herzog, for petitioner. McLaughlin, Russell, Coe & Sprague

(Charles Levy, of counsel), for respondent. E. W. Tyler and Henry B. Singer, for purchaser. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Order of the District Court affirmed, with costs; time to comply with its terms to run from date of entry of order on remittitur.